UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFFACY INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEASIA INFOTECH PVT. LTD., et al.,<br><br>    Defendants. | Case No. 24-cv-02927-PCP<br><br>**ORDER TO SHOW CAUSE RE: EXTENSION OF RESPONSE DEADLINE**<br><br>Re: Dkt. No. 14 |

On May 29, 2024, the Court held a hearing on plaintiffs' Ex Parte Application for a Temporary Restraining Order, Dkt. No. 7. The Court converted plaintiffs' motion to a motion for a preliminary injunction, set the motion for hearing on July 11, 2024, and required defendants to respond to plaintiffs' motion by June 20, 2024.

On June 13, 2024, defendants contacted the Court's courtroom deputy by email requesting an extension of their deadline to respond based on their difficulty in procuring counsel. Defendants' email was as follows:

> Your Honor,
>
> We, Talwar Advocates, are an Indian Law Firm and write for and on behalf of our clients - Seasia Infotech Pvt. Ltd., R.P. Singh and Anil Rana (the defendants in the captioned lawsuit) instituted before the Hon'ble United States District Court, Northern District Court of California. We respectfully request that the defendants be allowed an extension of time for seeking adequate representation and for responding to the TRO application as directed. The Hon'ble court had directed that reply be filed by the defendants on or before 20th June 2024. We pray that an extension of 45 days [6 weeks] be granted to our clients for the same for the reasons discussed below.
>
> We understand that we cannot represent our clients in the captioned matter before US courts and are assisting them in retaining adequate representation in California. However, the defendants being an Indian entity and an Indian resident, having no office or employees in

California or the greater United States, are struggling to identify US counsel able and willing to accept foreign payment. We are also investigating how we might be able to transfer a large initial retainer deposit to counsel before they are willing to represent our clients. Please appreciate that not only are the initial retainer fees of experienced attorneys/firms large for foreign litigants, in addition, the exchange-rate makes the amount payable quite exorbitant. Our clients are religiously reaching out to and holding interviews with firms and counsels, and are making arrangements for payment of the retainer fee as well; however, the exercise is taking some time and is ending upon being quite onerous and overwhelming for the defendants.

In our discussions with the California counsel candidates, we have come to understand that the service of Complaint itself was improper and not in compliance with the applicable laws of the Hague Convention, and that until proper service, Plaintiffs may not have a right to proceed with their TRO application. Irrespective, and without waiving any arguments as to the sufficiency of service, our clients shall respond to the Complaint and TRO application as soon as they secure representation and bring to light the frivolousness of the Plaintiffs' action by way of the reply.

We have attached herewith the declaration on behalf of our client Mr. RP Singh (second named defendant), the CEO of Seasia Infotech Pvt. Ltd. (first named defendant), wherein the following material submissions have been made:

1.     That he is an Indian, CEO of an Indian corporation (Para 1), not having any office in California (Para 2).

2.     That the captioned lawsuit by the Plaintiffs is unfounded since the impugned product of our client 'Prodacker', predates the Defendants' first interaction with the Plaintiffs. Therefore, our clients could not have possibly misappropriated the Plaintiffs' alleged Trade Secret or infringed any alleged Copyright in the ERP product being developed by our clients. This was explained to Ms Kapoor (second named Plaintiff) even before the present action, and she appeared convinced at that time. (Para 3 (i)-(iv))

3.     Settlement was attempted by the Defendants before as well as after the complaint, but to no avail. (Para 4)

4.     That the Plaintiffs have exploited the judicial system to drag the Defendants to a jurisdiction most inconvenient (Para 7) and for claims utterly frivolous (Para 3(vi))

5.     That he is finding it very hard to secure the exorbitant sums of money payable as retainer to CA counsels for adequate representation, particularly being a foreign litigant and in view of the applicable exchange rates. (Para 5) Accordingly, he has prayed for extension of time, in the interest of justice, to be able to retain the counsels and file the necessary reply. (Para 6)

6.     To demonstrate good faith, he has also undertaken that Seasia Infotech Pvt. Ltd. neither has, nor intends to infringe upon, in any manner whatsoever, the alleged Trade Secrets and/or Copyright of the

2

> Plaintiffs in their ERP Systems product, if any. (Para 8) He has further assured that he shall diligently utilize the additional time granted herein to fulfill his obligations in this matter. (Para 10)
>
> In view of the above, it is prayed that the motion for extension be allowed to serve the interests of justice.
>
> Sincerely,
>
> Talwar Advocates

Defendants' email included an attached declaration from R.P. Singh, a copy of which is attached hereto as Exhibit A.

Defendants' request for an extension of their deadline to oppose plaintiffs' motion appears to be supported by good cause. Accordingly, plaintiffs are ordered to show cause, by no later than Monday, June 17, 2024, why (1) the deadline for defendants' response should not be extended to Monday, August 5, 2024, (2) the deadline for plaintiffs' reply, if any, should not be extended to Thursday, August 15, 2024, and (3) the hearing on plaintiffs' motion should not be reset to Thursday, August 29, 2024.

**IT IS SO ORDERED.**

Dated: June 14, 2024

P. Casey Pitts
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**EXHIBIT A**



**Seasia Infotech Pvt Ltd**
Software Development For The Future

Plot No C-136,
Phase VIII, Industrial Area,
Mohali - 160071
Phone : +91-172-5218500
CIN : U72900HR2011PTC043148

## DECLARATION OF MR. R.P. SINGH (DEFENDANT NO. 2), OF SEASIA INFOTECH PVT. LTD. (DEFENDANT NO.1)

I, R.P. Singh (Defendant No. 2), resident of India, state that I am competent to testify herein on behalf of the defendants in respect of the case titled *UNIFFACY INC., a Delaware corporation; and BHARTI KAPOOR, an individual versus SEASIA INFOTECH PVT. LTD., a corporation; R.P. SINGH, an individual; ANIL RANA, an individual* (Case No. 4:24-cv-2927).

1. I am a citizen and resident of India and serve as the Chief Executive Officer [CEO] of Seasia Infotech Pvt. Ltd. (Defendant no. 1, hereinafter referred to as 'Seasia'), which has also been duly incorporated in India under the Indian Companies Act, 1956 having its registered address at Unit No. C-136, Phase-8, Industrial Area, Sector 73, Sahibzada Ajit Singh Nagar, Punjab 160071, India, which has been duly incorporated under the Indian Companies Act, 1956. I have no residency or citizenship in the United States and only infrequently visit the country.

2. Seasia is an Indian corporation and does not have any office in California or the United States.

3. Ms. Bharti Kapoor, the second named plaintiff in the captioned case and the founder of Uniffacy Inc, the first named plaintiff, has without merit filed the complaint against me and the other defendants and made baseless allegations without any basis in fact or in law, particularly in view of the following facts in brief:

    i. The Plaintiffs' case is flawed since they have alleged Trade Secret misappropriation and Copyright Infringement against my product Prodacker, implemented by Seasia as "Seasia Connect", which predates Ms. Kapoor's first interaction and engagement with me or my team at Seasia.

For Seasia Infotech Pvt. Ltd.

Authorised Signatory

---

**Regd. Office:** 11A, Tribune Colony, Ambala Cantt - 133001 (Haryana)

**Seasia Infotech Pvt Ltd**
Software Development For The Future

Plot No C-136,
Phase VIII, Industrial Area,
Mohali - 160071
Phone : +91-172-5218500
CIN : U72900HR2011PTC043148

ii. Ms. Kapoor approached Seasia in September 2023 through LinkedIn expressing her interest in engaging Seasia's services for first conducting and market research and subsequently for designing an Enterprise Resource Planning (ERP) System for Uniffacy, Inc.. Pertinently, my product Prodacker was developed and in the market well before my first contact with Ms. Kapoor, i.e., much before we were provided with any alleged "trade secret" information, concept or brief by Ms. Kapoor for her ERP System.

iii. Pursuant to receiving Ms. Kapoor's instructions, Seasia, under my leadership, provided services diligently and as per the terms of the various contracts entered into with her and Uniffacy Inc..

iv. In March 2024, Ms. Kapoor raised a concern over my product Prodacker, on the basis of a YouTube promotional video thereof. On becoming aware of her concerns that the product in the aforesaid promotional video was allegedly copied from her ERP System, my team and I addressed her grievance and provided her proof of the fact that Prodacker was developed in the year 2022, the concerned domain name was also registered in July 2022 and she appeared satisfied that my product pre-dates her even approaching me or Seasia and thereafter, even made payments against certain invoices issued by Seasia for their services.

v. She did not raise the issue again until the service of her complaint upon us, but I was routinely made aware of her inappropriate behaviour with my colleagues assigned to her project, including attempting to poach them and expressly making statements regarding not wanting to pay Seasia or me for the services.

vi. I understand that Ms Kapoor has handed her project over to a different developer now, has outstanding payments to the tune of USD 4000 payable to Seasia and has shocked us with her frivolous charges and unjustifiable claim in damages. Pertinently, in an action claiming infringement of trade secret and copyright, the Plaintiffs have failed to specify what they claim as being their trade secret or copyright. This, further throws light on the frivolousness of the allegations.

For Seasia Infotech Pvt. Ltd.

Authorised Signatory

**Seasia Infotech Pvt Ltd**
Software Development For The Future

Plot No C-136,
Phase VIII, Industrial Area,
Mohali - 160071
Phone : +91-172-5218500
CIN : U72900HR2011PTC043148

4. I say that in view of the above background, it is clear that this matter comes as a huge and *disproportionate inconvenience* to me and my company, and since Ms. Kapoor's dues are not too high and her grievance is misplaced, I have attempted to negotiate with her directly and through legal representatives, both before and after the filing of the complaint. Despite all efforts and due diligence by making all necessary efforts in trying to resolve this baseless dispute, Ms Kapoor insists upon continuing with the lawsuit irrespective.

5. Pursuant to the directions of the Hon'ble Judge P. Casey Pitts, I have been interviewing, having discussions with and trying to have reputed and experienced attorneys based out of California for representation. During this effort, I have been made aware that no US firm/ attorney would represent me and the other defendants without a large retainer, which is understandable. More particularly since I am an Indian and have an Indian company, the said retainer amount is higher, as I understand is a case in case of foreign litigants. Additionally, given the massive exchange rates, it is getting difficult and almost onerous upon me arranging for the retainer and depositing the entire sum in advance so that I am adequately represented, and the necessary responses and declarations are appropriately filed.

6. It is already grave injustice that I am dragged into a lawsuit and such enormous expenses over a frivolous lawsuit, especially since it is Ms Kapoor that has outstanding payments *albeit* of a comparatively smaller sum of USD 4000. Therefore, to balance the interests, it is most respectfully prayed that I be allowed further time to retain appropriate lawyers so that I am adequately represented. I believe that an extension of 45 days would allow me to do the necessary and have the response filed as directed.

7. I deem it pertinent to mention that in my various discussions with California lawyers, I have come to understand that the service of the complaint itself is glaringly improper and cannot be deemed appropriate service. Nevertheless, I have demonstrated faith and have appeared/ made submission through my Indian lawyers to ensure that the Hon'ble court appreciates that I am an honest businessman who has just been embroiled in a frivolous action, exploiting machinery of a jurisdiction most inconvenient to me.

For Seasia Infotech Pvt. Ltd.

Authorised Signatory

Regd. Office: 11A, Tribune Colony, Ambala Cantt - 133001 (Haryana)

**Seasia Infotech Pvt Ltd**
Software Development For The Future

Plot No C-136,
Phase VIII, Industrial Area,
Mohali - 160071
Phone : +91-172-5218500
CIN : U72900HR2011PTC043148

8. I submit that irrespective of the allegations mounted on me and the other defendants, I submit that Seasia neither has, nor intends to infringe upon, in any manner whatsoever, the alleged Trade Secrets and/or Copyright of the Plaintiffs in their ERP Systems product, if any. I further say that nothing in Prodacker contains any alleged intellectual property of the Plaintiffs, and that Prodacker has been built using technology, concepts, architecture and information already known to us [defendants].

9. In the light of the foregoing, I respectfully request for an extension of 6 weeks [45 days] to retain an attorney and file a reply to the application for TRO.

10. I assure the Hon'ble Judge that I will diligently utilize the additional time granted to me to fulfill my obligations in this matter and that I shall comply with the express undertaking provided in paragraph 8 above. Granting this extension will enable me to effectively present my case, those of the other defendants, and shall serve the interests of justice.

Sincerely,
For Seasia Infotech Pvt. Ltd.
R.P. Singh
Authorised Signatory
CEO, Seasia Infotech Pvt. Ltd.